UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMELESS PRODUCTION FZ LLC.,

Plaintiff,

v.

JOHN DOE DEFENDANTS 1-10,

Defendants.

Case No. 25-cv-07059-NW

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

Re: ECF No. 13

Before the Court is Timeless Production FZ LLC's ("Plaintiff") motion for alternative service. ECF No. 13. The Court DENIES Plaintiff's motion as procedurally deficient. As it currently stands, the operative complaint in this action, *see* ECF No. 12, names John Does 1-10 as the sole Defendants in the case.[1] If Plaintiff has identified one or more of the Doe Defendants, it must name those individuals in an amended complaint consistent with the Federal Rules of Civil Procedure.[2] Only at that point can the Clerk of the Court issue summons, triggering Plaintiff's obligation to serve the complaint. *See* Fed. R. Civ. P. 4(b), (c). Unless and until Plaintiff does so, the Court cannot order service, by alternative means or otherwise, on any individuals or entities.

---

[1] Although the use of Doe defendant is not favored in the Ninth Circuit, where the identity of alleged defendants cannot be known prior to the filing of a complaint, "the plaintiff should be given an opportunity through discovery to identify the unknown defendants, unless it is clear that discovery would not uncover the identities, or that the complaint would be dismissed on other grounds." *Gillespie v. Civiletti*, 629 F.2d 637, 642 (9th Cir. 1980) (citation omitted).

[2] The Court notes that Plaintiff has already amended his complaint once and may not do so again without leave of the Court. *See* Fed. R. Civ. P. 15 (permitting a party to amend its pleading "once as a matter of course."). Though Plaintiff has not requested leave, the Court presumes Plaintiff intends to amend its complaint to name the individuals he identified in the instant motion and GRANTS leave to do so.

*See Dyer v. Does 1-10*, No. 23-CV-01226-JCS, 2024 WL 5048915, at *2 (N.D. Cal. Nov. 18, 2024) (refusing to order alternative service on Doe defendants).

Accordingly, Plaintiff's motion for alternative service is DENIED WITHOUT PREJUDICE as premature. Upon filing an amended complaint that includes sufficient information regarding Doe Defendants' identities and domiciles, Plaintiff may renew its request for alternative service.

**IT IS SO ORDERED.**

Dated: March 26, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California